UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHOSHANA MINZER, | Case No. 1:23-cv-07626-JMF |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| DECIBEL THERAPEUTICS, INC., ALISON FINGER, KEVIN MCLAUGHLIN, SARASWATHY NOCHUR, WILLIAM H. CARSON, MATTHEW KAPUSTA, and LAURENCE REID, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shoshana Minzer ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 26, 2023

**WEISS LAW**

By _____
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*

SO ORDERED.

September 27, 2023

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.